**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JUANITA MICHELLE-LYNN ELAM,

       Petitioner,                               Case No. 07-11650

v.                                                      Judge Denise Page Hood

MILLICENT WARREN,

       Respondent.
_____/

## **ORDER ACCEPTING REPORT AND RECOMMENDATION**

This matter is before the Court on Magistrate Paul J. Komives' Report and Recommendation **[Docket No. 9, filed on October 2, 2009]**. On October 7, 2009, Petitioner filed a Motion to Extend Time to File Objections/Response to Magistrate Komives Report and Recommendation **[Docket No. 10]**. This Court entered an Order Granting Petitioner's Motion to Extend Time to File Objections/Response to Magistrate Komives Report and Recommendation, and requiring any objections by Petitioner to be filed by February 16th, 2010 **[Docket No. 11, filed on February 3, 2010].** To date, neither party has filed an objection and the time to do so has expired.

Magistrate Judge Komives recommended that the Court deny Petitioner's application for the writ of habeas corpus. The Court has had an opportunity to review this matter and finds that Magistrate Judge Komives reached the correct conclusion for the proper reasons. The Court accepts and adopts Magistrate Judge Komives' Report and Recommendation as this Court's findings and conclusions of law.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of Magistrate Paul J. Komives **[Docket No. 9, filed on October 2, 2009]** is **ACCEPTED** and **ADOPTED** as this Court's findings and conclusions of law.

S/Denise Page Hood  
Denise Page Hood  
United States District Judge

Dated: May 4, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 4, 2010, by electronic and/or ordinary mail.

S/William F. Lewis  
Case Manager